UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X Second Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:   CARLOS YZQUIERDO         JOINT DEBTOR: N/A      CASE NO.: 16-16745-RAM
Last Four Digits of SS#: 6826      Last Four Digits of SS#: N/A

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor to pay to the trustee for the period of 55 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    Pay $52.76/month ($47.96 plus Trustee's Fee of $4.80)

Administrative:    Attorney's Fee: $0         TOTAL PAID: $0
                   Balance Due: $0            Payable $0/month (Months N/A to N/A)

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None                              Arrearage on Petition Date $___

| Address: | Arrears Payment | $___/month (Months ___ to ___) |
|---|---|---|
|  | Regular Payment | $___/month (Months ___ to ___) |
| Account No: | | |

2.  None                              Arrearage on Petition Date $___

| Address: | Arrears Payment | $___/month (Months ___ to ___) |
|---|---|---|
|  | Regular Payment | $___/month (Months ___ to ___) |
| Account No: | | |

3.  None                              Arrearage on Petition Date $___

| Address: | Arrears Payment | $___/month (Months ___ to ___) |
|---|---|---|
|  | Regular Payment | $___/month (Months ___ to ___) |
| Account No: | | |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| N/A | $ | % | $ | ___ to ___ | |
| N/A | $ | % | $ | ___ to ___ | |
| N/A | $ | % | $ | ___ to ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None        Total Due: $___
   Payable     $___/month  (Months ___ to ___)    Regular Payment $___

2. None        Total Due: $___
   Payable     $___/month  (Months ___ to ___)    Regular Payment $___

Unsecured Creditors:    Pay $52.76/month (Months 1 through 55)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The Debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. Debtor will assume his lease and pay his monthly rent of $381 per month outside the plan directly to Creditor Camacol Tower, Ltd., his landlord (and provider of subsidized housing).

IVL Language: The Debtor is hereby advised that the Chapter 13 Trustee has requested that the Debtor comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the Debtor shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing Chapter 13 Plan is true and correct under penalty of perjury.

_____          June 13, 2016
Carlos Yzquierdo, Debtor                 Date

LF-31 (rev. 01/08/10)