UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Marie King                        Case No.: 16-17002-AJC
                                         Chapter 13

_____Debtor_____/

OBJECTION TO CLAIM

IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM

   This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

   If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

   If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

   The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| Amended Claim #5 | Wells Fargo Financial National Bank | $715.95 |

Basis for Objection and Recommended Disposition

In its Amended Claim #5, claimant has again failed to attach any evidence that the purported security interest it claims in the property has been perfected, as is required by Fed R. Bankr. P. 3001(d).  Claimant has had two opportunities to substantiate its claim for secured status and has failed to attach any documentation evidencing a security interest in the debtor's property.  This claim should be stricken and disallowed as a secured claim and the Court should grant further relief pursuant to Fed. R. Bankr. P. 3001(c)(2)(d), as appropriate.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

/s/  Matt Bayard
Matt Bayard Esq.
Florida Bar No. 0032209
Legal Services of Greater Miami Inc.
Attorneys for Debtor
3000 Biscayne Boulevard, Suite #500
Miami, FL 33137
Telephone: (305) 438-2413
Fax: (305) 573-5800
Email: mbayard@legalservicesmiami.org

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1 (F).